

| | | | | |
|---|---|---|---|---|
| Crump v. State ................ | 73A01–1604–CR–848 | 11/22/2016 | BROWN, J.<br>MATHIAS, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs in result without opinion |
| Powell v. Powell ............... | 32A05–1603–DR–674 | 11/22/2016 | RILEY, J.<br>BAILEY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| State v. Trisler ................. | 55A01–1604–CR–953 | 11/22/2016 | BROWN, J.<br><br>ROBB, J.<br>MATHIAS, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| Mullis v. State ................. | 03A04–1602–PC–203 | 11/22/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Burns v. State ................. | 49A02–1604–CR–894 | 11/22/2016 | RILEY, J.<br>BAILEY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Bradley v. State ................ | 82A01–1602–CR–294 | 11/22/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |